IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH NIELSEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THERMO MANUFACTURING SYSTEMS, LLC, YORKSHIRE FEDERAL, INC., and DOE CORPORATION,<br><br>　　　　　　Defendants. | 8:17CV471<br><br>**ORDER** |

Plaintiff filed a Motion to Dismiss Without Prejudice. (Filing No. 50.) Defendants have not responded to the motion.

Having considered the matter,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (Filing No. 50) is granted. This action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 20th day of August, 2018.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge